# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2013

*The Court of Appeals hereby passes the following order*

**A13I0135. VIRGINIA S. MCCRORY et al v. ZACHARY VOGLER et al .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12A01522



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, February 20, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*